IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PENALOZA ABEL NUNEZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| WILLIAM BARR, et al., | ) ) |
| Respondents. | ) Civil Action No. 3:20-CV-1113-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed without prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Petitioner's petition be **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED this 10th day of August, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.